IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL F. MILLER, | : | CIVIL ACTION |
| | : | NO. 17-2627 |
|     Plaintiff, | : | |
|   v. | : | |
| | : | |
| JEFF SESSIONS, et al. | : | |
| | : | |
|     Defendants. | : | |

**<u>O R D E R</u>**

**AND NOW**, this **4th** day of **February, 2019,** upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 16) and Defendants' Motion for Summary Judgment (ECF No. 15), for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (ECF No. 16) is **GRANTED.**

2. Defendants' Motion for Summary Judgment (ECF No. 15) is **DENIED.**

3. Judgment is to be entered in accordance with the accompanying memorandum.

4. The Clerk of Court shall thereafter **close** this case.

    **AND IT IS SO ORDERED.**

                                    **/s/ Eduardo C. Robreno**
                                    **EDUARDO C. ROBRENO,   J.**